| | | |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Able C&C US, Inc.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-8418<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: January 2, 2026

　　　　　　　　　　　　　　　　　　　　　　EQUAL ACCESS LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　**/s/ Alison Chan**
　　　　　　　　　　　　　　　　　　　　　　By: Alison Chan, Esq.
　　　　　　　　　　　　　　　　　　　　　　68-29 Main Street,
　　　　　　　　　　　　　　　　　　　　　　Flushing, NY 11367
　　　　　　　　　　　　　　　　　　　　　　O: (844) 731-3343
　　　　　　　　　　　　　　　　　　　　　　C: (630) 478-0856
　　　　　　　　　　　　　　　　　　　　　　Email: achan@ealg.law